| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES III, JOHN E. | 2. Court or Organization<br><br>US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>240 WEST THIRD STREET<br>SUITE 406<br>WILLIAMSPORT, PA 17701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

Jones III, John E.

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | HUMANIST SOCIETY OF SANTA BARBARA | 2/13 - 2/17 | SANTA BARBARA, CA | LECTURE | AIRFARE |
| 2. | HEFSTRA UNIVERSITY | 3/11 - 3/12 | HAMPSTEAD, NY | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 3. | LIBERTY UNIVERSITY SCHOOL OF LAW | 3/20 - 3/21 | LYNCHBURG, VA | MOOT COURT AND LECTURE | MILEAGE, HOTEL, AND MEALS |
| 4. | UNIVERSITY OF MARYLAND | 3/22 - 3/23 | COLLEGE PARK, MD | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 5. | ANTI-DEFAMATION LEAGUE | 3/26 - 3/27 | HOUSTON, TX | LECTURE | AIRFARE, HOTEL, AND MEALS |
| 6. | MERCERSBURG | 3/31 | MERCERSBURG, PA | LECTURE | HOTEL, MILEAGE, AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

ACADEMY

| | | | | | |
|---|---|---|---|---|---|
| 7. | FEDERAL JUDGES ASSOCIATION | 5/2 - 5/4 | WASHINGTON, DC | BOARD MEETING | MILEAGE, HOTEL, AND MEALS |
| 8. | RICHARD S RODNEY AMERICAN INN OF COURT | 5/13 - 5/14 | WILMINGTON, DE | LECTURE | HOTEL, MILEAGE AND MEALS |
| 9. | DREXEL UNIVERSITY | 6/3 | PHILADELPHIA, PA | LECTURE | HOTEL, MILEAGE, AND MEALS |
| 10. | ASPEN INSTITUTE | 6/30 - 7/2 | ASPEN, CO | PANEL | HOTEL, AIRFARE, AND MEALS |
| 11. | BRIDGEWATER COLLEGE | 9/17 | BRIDGEWATER, VA | LECTURE | AIRFARE |
| 12. | SOUTHERN METHODIST UNIVERSITY | 9/23 - 9/26 | DALLAS, TX | LECTURE | AIRFARE, HOTEL, AND MEALS |
| 13. | GEOLOGICAL SOCIETY OF AMERICA | 10/17 - 10/20 | PORTLAND, OR | LECTURE | AIRFARE, HOTEL, AND MEALS |
| 14. | BERKS COUNTY BAR ASSOCIATION | 10/27 | READING, PA | LECTURE | PARKING |
| 15. | ST. MARY'S COLLEGE OF MARYLAND | 11/2 - 11/3 | ST. MARY'S CITY, MD | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 16. | INTERNATIONAL ASSOCIATION OF DEFENSE COUNSEL | 11/11 | PHILADELPHIA, PA | LECTURE | MILEAGE |
| 17. | RUTGERS UNIVERSITY | 11/16 - 11/17 | NEW BRUNSWICK, NJ | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 18. | TEMPLE UNIVERSITY | 11/20 | PHILADELPHIA, PA | LECTURE | MILEAGE AND MEALS |
| 19. | PENN STATE UNIVERSITY | 12/1 | STATE COLLEGE, PA | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 20. | INDIANA UNIVERSITY | 12/4 - 12/5 | BLOOMINGTON, IN | LECTURE | AIRFARE, HOTEL, AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | A | Distribution | O | W | | | | | |
| 2. | A | Distribution | N | W | | | | | |
| 3. | A | Distribution | O | W | | | | | |
| 4. | A | Distribution | M | W | | | | | |
| 5. | A | Distribution | N | W | | | | | |
| 6. | A | Distribution | K | W | | | | | |
| 7. | | None | J | W | | | | | |
| 8. | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 10. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 11. QUALITY VENDING INC-50% INTEREST | D | Distribution | L | W | | | | | |
| 12. LOAN RECEIVABLE-PHOENIX CONTRACTING | D | Interest | M | T | | | | | |
| 13. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 14. DREYFUS PREMIER BALANCED FD. | | None | | | Merged (with line 15) | 1/8/09 | J | | |
| 15. DREYFUS BALANCED OPPORTUNITY FUND CLASS A | A | Dividend | J | T | | | | | |
| 16. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | Sold (part) | 5/21/09 | J | B | |
| 17. CHARLES SCHWAB & CO INC - M/M FUND | A | Interest | | | Redeemed | 6/15/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OPPENHEIMER GLOBAL FUND A - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 19. OPPENHEIMBER CAPITAL APPRECIATION FUND A - MUTUAL FUND | | None | J | T | | | | | |
| 20. WYE COMMON STOCK-IRA | A | Dividend | | | Redeemed | 10/15/09 | J | C | |
| 21. CVX COMMON STOCK-IRA | B | Dividend | K | T | | | | | |
| 22. HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 23. XOM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 24. FULT COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 25. GE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 26. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 27. KMB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 28. SOV COMMON STOCK-IRA | | None | | | Merged (with line 29) | 2/25/09 | J | | |
| 29. BANCO SANTANDER CENT HISPANO CDR - IRA | A | Dividend | J | T | | | | | |
| 30. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 31. MMM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 32. PEP COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 33. PFE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 34. UNION BANCORP INC - IRA | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NATIONWIDE MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 36. UNION BANK & TRUST CO.-SAVINGS | A | Interest | J | T | Open | 6/15/09 | J | | |
| 37. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | J | T | Sold (part) | 9/14/09 | J | | |
| 38. SIRIUS SATELLITE RADIO INC - COMMON STOCK | | None | | | Sold | 9/14/09 | J | | |
| 39. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND - FBCVX | A | Dividend | J | T | | | | | |
| 40. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 41. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 42. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 43. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 44. DREYFUS SMALL CAP - MUTUAL FUND | A | Dividend | | | Sold | 3/16/09 | J | | |
| 45. SCHWAB S&P 500 INDEX - MUTUAL FUND | A | Dividend | | | Sold | 5/21/09 | J | | |
| 46. VANGUARD INTL VALUE FUND - MUTUAL FUND - VTRIX | A | Dividend | | | Sold | 1/12/09 | J | | |
| 47. VANGUARD STRATEGIC - MUTUAL FUND - VSEQX | A | Dividend | | | Sold | 7/10/09 | J | | |
| 48. FNB DAILY FUND - IRA | A | Dividend | J | T | | | | | |
| 49. HOME DEPOT INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 51. FNB DAILY FUND - IRA | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. APPLE COMPUTER - COMMON STOCK | | None | J | T | | | | | |
| 53. GLD - COMMON STOCK | | None | K | T | Sold (part) | 10/22/09 | J | B | |
| 54. ISHARES SILVER TR - COMMON STOCK | | None | | | Sold | 6/3/09 | J | A | |
| 55. FEDERATED TOTAL RETURN BD MUTUAL FUND - IRA - FTRBX | C | Dividend | L | T | | | | | |
| 56. VANGUARD INTERM TERM BOND INDEX FUND - IRA - VIBSX | C | Dividend | L | T | | | | | |
| 57. VANGUARD SHORT-TERM FED-ADM #549 MUTUAL FUND - IRA VSGDX | B | Dividend | L | T | | | | | |
| 58. TARGET CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 59. WALGREEN CO - COMMON STOCK - IRA | A | Dividend | | | Sold | 7/1/09 | J | | |
| 60. WELLS FARGO & CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 61. RR DONNELLEY & SONS CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 62. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 63. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 64. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 65. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 66. SELECT SECTOR SPDR TR UTILITIES - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 67. SELECT SECTOR SPDR TR MATERIALS - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 68. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | B | Dividend | L | T | | | | | |

1. Income Gain Codes.  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 70. OPPENHEIMER MONEY MARKET - MUTUAL FUND | A | Dividend | | | Redeemed | 6/15/09 | J | | |
| 71. MEREDITH CORP - IRA | A | Dividend | J | T | | | | | |
| 72. CITIGROUP - IRA | | None | J | T | | | | | |
| 73. FEDERATED STRATEGIC VALUE FUND #662 - IRA | A | Dividend | K | T | | | | | |
| 74. OAKMARK INT'L #109 - IRA | A | Dividend | J | T | | | | | |
| 75. HARBOR INT'L FUND #11 - IRA | A | Dividend | J | T | | | | | |
| 76. BAIDU COM INC SPON ADR | | None | J | T | | | | | |
| 77. LIBERTY GLOBAL INC | | None | J | T | | | | | |
| 78. S&P MID CAP 400 | A | Dividend | J | T | | | | | |
| 79. ORRSTOWN FINANCIAL SERVICES | A | Dividend | J | T | | | | | |
| 80. SUSQUEHANNA BANK | A | Dividend | J | T | | | | | |
| 81. AMERICAN CENTURY MID CAP VALUE | A | Dividend | J | T | | | | | |
| 82. BRIDGEWAY LARGE CAP GROWTH | A | Dividend | J | T | | | | | |
| 83. FIDELITY BALANCED FBALX | A | Dividend | J | T | | | | | |
| 84. SWEDISH EXPT CR CORP ELEMENTS | | None | | | Sold | 6/18/09 | J | | |
| 85. VANGUARD US VALUE VUVLX | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FEDERATED STRATEGIC VALUE #662 - IRA - SVAIX | A | Dividend | J | T | | | | | |
| 87. NEWMONT MINING | A | Dividend | | | Sold | 6/2/09 | J | A | |
| 88. MARKET VECTORS ETF TR GOLD MINERS | | None | | | Sold | 6/2/09 | J | B | |
| 89. MARKET VECTORS ETF TR GOLD MINERS | | None | | | Sold | 6/2/09 | J | B | |
| 90. ANNALY CAPITAL MANAGEMENT INC | A | Dividend | | | Sold | 3/23/09 | J | | |
| 91. ANNALY CAPITAL MANAGEMENT INC | A | Dividend | | | Sold | 3/23/09 | J | | |
| 92. MCDERMOTT INT'L INC | | None | | | Sold | 4/20/09 | J | | |
| 93. CONTINENTAL AIRLINES | | None | | | Sold | 1/21/09 | J | | |
| 94. US AIRWAYS | | None | | | Sold | 1/21/09 | J | | |
| 95. TREASURY FUND CAPITAL RESERVES | A | Dividend | | | Redeemed | 6/15/09 | J | | |
| 96. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 97. PHOENIX CONTRACTING - FAMILY BUSINESS | A | Distribution | J | W | | | | | |
| 98. FEDERATED INTERCONTINENTAL FUND - IRA | A | Dividend | J | T | Buy | 6/15/09 | J | | |
| 99. NXG COMMON STOCK | | None | J | T | Buy | 5/11/09 | J | | |
| 100. NG COMMON STOCK | | None | J | T | Buy | 5/4/09 | J | | |
| 101. POT COMMON STOCK | A | Dividend | J | T | Buy | 9/22/09 | J | | |
| 102. AGCO COMMON STOCK | | None | J | T | Buy | 10/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IPI COMMON STOCK | | None | J | T | Buy | 9/23/09 | J | | |
| 104. GDXJ COMMON STOCK | | None | J | T | Buy | 12/21/09 | J | | |
| 105. MFN COMMON STOCK | | None | J | T | Buy | 6/22/09 | J | | |
| 106. CCJ COMMON STOCK | | None | J | T | Buy | 1/27/09 | J | | |
| 107. CCJ COMMON STOCK | | None | J | T | Buy | 2/17/09 | J | | |
| 108. NEW GOLD INC. COMMON STOCK | | None | | | Buy | 5/4/09 | J | | |
| 109. NEW GOLD INC. COMMON STOCK | | None | | | Sold | 8/24/09 | J | B | |
| 110. POWERSHARES DB MULTI SECTOR COMMODITY COMMON STOCK | | None | | | Buy | 3/18/09 | J | | |
| 111. POWERSHARES DB MULTI SECTOR COMMODITY COMMON STOCK | | None | | | Sold | 6/5/09 | J | A | |
| 112. SOUTHERN COPPER CORP COMMON STOCK | | None | | | Buy | 1/28/09 | J | | |
| 113. SOUTHERN COPPER CORP COMMON STOCK | | None | | | Sold | 2/17/09 | J | A | |
| 114. US GOLD CORP COMMON STOCK | | None | | | Buy | 5/7/09 | J | | |
| 115. US GOLD CORP COMMON STOCK | | None | | | Sold | 8/24/09 | J | A | |
| 116. UNITED STATES NATURAL GAS FD LP | | None | | | Buy | 4/28/09 | J | | |
| 117. UNITED STATES NATURAL GAS FD LP | | None | | | Sold | 6/3/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - INVESTMENTS AND TRUSTS

ITEM 29 BANCO SANTANDER IS A NAME CHANGE FROM ITEM 31 SOVEREIGN (SOV) ON THE 2008 REPORT.

ITEM 53 GLD COMMON STOCK IS A NAME CHANGE FROM ITEM 57 STREETTRACKS GOLD TR GOLD - COMMON STOCK ON THE 2008 REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544